**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

MELISSA GODINEZ                                    CIVIL ACTION NO. 5:14CV3375

VERSUS                                             JUDGE FOOTE

NORTHWEST PIPE COMPANY                             MAGISTRATE JUDGE HAYES

**ORDER**[1]

Before the undersigned Magistrate Judge, on reference from the District Court, is a

Motion to Transfer, [doc. # 4], filed by Defendant Northwest Pipe Company.  Plaintiff does not

oppose the Motion.  [doc. # 6].  Accordingly, the Motion is **GRANTED**, and the matter is hereby

**TRANSFERRED** to the United States District Court for the Western District of Washington,

Tacoma Division.  *See* 28 U.S.C. § 1404(a).

In Chambers, Monroe, Louisiana, this 15th day of January, 2015.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE

---

[1]  As this order does not address one of the matters excepted in 28 U.S.C. § 636(b)(1)(A),
nor disposes of any claim on the merits within the meaning of Rule 72 of the Federal Rules of
Civil Procedure, this ruling is issued under the authority thereof, and in accordance with the
standing order of this Court.  Any appeal must be made to the district judge in accordance with
Rule 72(a) and LR 74.1(W).